AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CODY LOUIS HOPKINS,

        Plaintiff,

        v.

HENRY BRYCE,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5019-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the First Amended Complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted by this court. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

June 30, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia